1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK U.S. DISTRICT COURT

MAY _ 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

09-880 M

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

      Defendant.

)
)
)
)
)
)
)

ORDER OF DETENTION AFTER
HEARING (Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of Probation
Supervised Release)
Conditions of Release)

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)   ( ✓ )   the appearance of defendant as required; and/or

    (B)   ( )   the safety of any person or the community.

//
//

The court concludes:

A.    ( )    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)    (✓)    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

*he will abide by court orders*

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 5/1/07

_____
STEPHEN J. HILLMAN
UNITED STATES  MAGISTRATE JUDGE

2